**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: ADOPTION OF: T.K.M.  : No. 181 WAL 2022
:
:
PETITION OF: B.J., FATHER  : Petition for Allowance of Appeal
: from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.